502

*Byron Clark* and *Richard H. Mitchell* for Rosa B. R. Heintz, appellant.

*Jeremiah T. Mahoney* for Amanda G. Siegel and Jeremiah T. Mahoney, appellants.

*Eugene A. Sherpick, John F. Condon, James J. Regan* and *Henry T. Holsapple* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of ST. JOSEPH'S HOSPITAL, Respondent, against HARRY A. HILLMAN, as Commissioner of Public Welfare of Chemung County, Appellant.

Argued May 15, 1947; decided May 29, 1947.

*James E. Personius* for appellant.

*John E. Sullivan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.